FILED

11/18/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0499

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 24-0499

STATE OF MONTANA,

Plaintiff and Appellee,

v.

DAVID DUANE ANSON,

Defendant and Appellant.

**GRANT**

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until December 26, 2024, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 18 2024